UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00396

**Adam Wayne Pickard,**
*Plaintiff,*

v.

**Maxey Cerliano,**
*Defendant.*

# ORDER

Plaintiff Adam Wayne Pickard, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On December 16, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to the plaintiff's failure to comply with the court's orders and to prosecute his case. Doc. 5. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on February 3, 2022.*

J. CAMPBELL BARKER
United States District Judge